FILED BY _____ D.C.

05 AUG -3 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE CONCORD EFS, INC. | ) | No. 02-2697 Ma |
| SECURITIES LITIGATION | ) | Judge Mays |

## SUPPLEMENTAL PRELIMINARY APPROVAL ORDER SETTING THE DEADLINE FOR CLASS MEMBERS TO SUBMIT PROOFS OF CLAIM

WHEREAS, Lead Plaintiffs J.T. Milligan, James Keith Milligan and J. Curtis Williams, Jr., and Defendants Concord EFS, Inc., Dan M. Palmer, Edward A. Labry, III, Edward T. Haslam, Marcia E. Heister, William E. Lucado, Christopher S. Reckert, E. Miles Kilburn, Ronald V. Congemi, and Richard P. Kiphart entered into a Stipulation and Agreement of Settlement of Class Action (the "Settlement Agreement"), dated July 13, 2005; and

WHEREAS, the Court entered a July 21, 2005 Order Granting Joint Motion For Preliminary Approval Of Settlement, Conditional Certification Of Class, And Method Of Proposed Notification Of Class Members (the "July 21 Order"); and

WHEREAS, the form of Notice approved by the Court contemplates a court-imposed deadline of December 16, 2005, but the July 21 Order did not address such a deadline,

NOW THEREFORE, the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1.     The deadline for submission of a properly executed Proof of Claim to the Settlement Administrator, at the address indicated in the Notice of Pendency and Settlement of Class Action, is set for December 16, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____8- 4-05_____

134

SO ORDERED this _____ 2d _____ day of _____ August _____ 2005.

_____

Honorable Samuel H. Mays, Jr.
United States District Judge

/410214

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 134 in
case 2:02-CV-02697 was distributed by fax, mail, or direct printing on
August 4, 2005 to the parties listed.

---

Henry Rosen
MILBERG WEISS BERSHAD HYNES & LERACH, LLP
600 West Broadway
Ste. 1800
San Diego, CA 92101

Douglas S. Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John M. Elliott
ELLIOTT REIHNER SIEDZIKOWSKI & EGAN PC
Union Meeting Corporate Center V
925 Harvest Dr.
Blue Bell, PA 19422

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN
401 E. Pratt St.
Ste. 2525
Baltimore, MD 21202

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William F. Conlon
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Rachel M. Blum
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza
Suite 100
Northfield, IL 60093

Timothy L. Miles
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

William S. Lerach
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Ronald D. Krelstein
LAW OFFICE OF RONALD D. KRELSTEIN
7515 Corporate Centre Drive
Germantown, TN 38138--383

David B. Kahn
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza
Suite 100
Northfield, IL 60093

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

George E. Barrett
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201--160

Jeffrey A. Barrack
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

William E. Hoese
KOHN SWIFT & GRAF PC
One South Broad Street
Ste. 2100
Philadelphia, PA 19107--292

Daniel E. Bacine
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

W.J. Michael Cody
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Peter C. Harrar
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Katherine B. Dubose
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

David F. Graham
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Mark R. Rosen
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Paulette S. Fox
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Gustavo Bruckner
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016

Wade B. Cowan
LAW OFFICES OF WADE B COWAN
404 Georgetown Drive
Nashville, TN 37205

Andrew J. Brown
LERACH COUGHLIN STOIA & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Joseph C. Kohn
KOHN SWIFT & GRAF PC
One South Broad Street
Ste. 2100
Philadelphia, PA 19107--292

Darren J. Robbins
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
401 B St.
Ste. 1700
San Diego, CA 92101

Gerard D. Kelly
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Honorable Samuel Mays
US DISTRICT COURT